UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                                          CASE NO.: 17-24394-KCF
                                                                                                             CHAPTER 7
Parabhsaran S. Nayar,

   Debtor,

Manjit K. Nayar,

   Joint Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR37, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR37 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**BANKRUPTCY DEPARTMENT**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

                Robertson, Anschutz & Schneid, P.L.
                Authorized Agent for Secured Creditor
                6409 Congress Ave., Suite 100
                Boca Raton, FL 33487
                Telephone: 561-241-6901
                Facsimile: 561-997-6909
                By: /s/Miriam Rosenblatt
                Miriam Rosenblatt, Esquire
                Email: mrosenblatt@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 22, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF DAVID A. SEMANCHIK
1130 HOOPER AVE.
TOMS RIVER, NJ  08753

PARABHSARAN S. NAYAR
2 FOX HOLLOW DR
JACKSON, NJ  08527

MANJIT K. NAYAR
2 FOX HOLLOW DR
JACKSON, NJ  08527

JOHN W. HARGRAVE
LAW OFFICES OF JOHN W. HARGRAVE
117 CLEMENTS BRIDGE ROAD
BARRINGTON, NJ  08007

U.S. TRUSTEE.
OFFICE OF THE US TRUSTEE

ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

                            Robertson, Anschutz & Schneid, P.L.
                            Authorized Agent for Secured Creditor
                            6409 Congress Ave., Suite 100
                            Boca Raton, FL 33487
                            Telephone: 561-241-6901
                            Facsimile: 561-997-6909
                            By: /s/Miriam Rosenblatt
                            Miriam Rosenblatt, Esquire
                            Email: mrosenblatt@rasflaw.com