| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAMIEN NICHOLAS TANCREDI (DT 1383)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for John W. Hargrave, Chapter 7 Trustee | **Order Filed on June 27, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Parabhsaran S. Nayar and Manjit K. Nayar,<br><br>                   Debtors. | Case No. 17-24394-KCF<br><br>Chapter 7 |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

      The relief set forth on the following page, numbered two (2) and two (2), is hereby

**ORDERED**.

**DATED: June 27, 2018**

                                                  Honorable Kathryn C. Ferguson
                                                  United States Bankruptcy Judge

(Page 2)

Debtor: Parabhsaran S. Nayar and Manjit K. Nayar,
Case No.: 17-24394-KCF
Caption: <u>ORDER AUTHORIZING SALE OF REAL PROPERTY</u>

After review of the Trustee's Motion for authorization to sell real property located at 2 Fox Hollow Drive, Jackson, NJ 08527 (the "Motion" and the "Property", respectively),

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the Agreement of Sale annexed to the Motion as Exhibits "A" and "B" pursuant to 11 U.S.C. §§ 363(b) and 1303. Title to the Property shall be conveyed by both the Debtors and the Chapter 7 Trustee.

2. The proceeds of the Sale must be used to satisfy the liens on the Real Property pursuant to the Carve Out (as defined in the Motion) and as set forth on Exhibit "A."

3. The Sale of the Property is free and clear of liens, claims, and encumbrances pursuant to 11 U.S.C. § 363(f) and such liens, claims, and encumbrances shall attach to the proceeds of the Sale.

4. Realtors' commissions of $17,400.00 due to the listing agent, Remax Barnegat Bay, and $8,700.00 due to the selling agent Keller Williams Realty West Monmouth from the Sale may be paid at closing.

5. Other closing fees payable by the Debtors may be satisfied from the proceeds of the sale and adjustments to the price as provided for the contract of sale may be made at closing.

6721860 v1