| American Land Title Association | ALTA Settlement Statement - Cash |
| --- | --- |
| | Adopted 05-01-2015 |

**ServiceLink, LLC**
**ALTA Universal ID:**
**1355 Cherrington Pkwy**
**Moon Township, PA 15108**

| | |
| --- | --- |
| File No./Escrow No. : | 180055319-2 |
| Print Date & Time: | October 25, 2018  11:52 am |
| Officer/Escrow Officer : | Melissa Columbus |
| Settlement Location : | 1355 Cherrington Pkwy |
| | Moon Township, PA 15108 |
| Property Address: | 2 Fox Hollow Dr Jackson |
| | Jackson, NJ 08527 |
| Buyer: | L Wrazen LLC |
| | 3062 Wilbur Ave |
| | Manchester, NJ 08759 |
| Seller: | John Hargrave, BK Trustee for the Estate of Parabhsaran & Manjit Nayar |
| Lender: | |
| Settlement Date: | December 04, 2018 |
| Disbursement Date: | December 04, 2018 |

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| | | **Financial** | | |
| | 435,500.00 | Sale Price of Property | 435,500.00 | |
| | | Deposit or earnest money | | 2,000.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | 1,017.56 | County Taxes 12/05/18 - 12/31/18 | 1,017.56 | |
| | | | | |
| | | **Title Charges and Escrow/Settlement Charges** | | |
| 100.00 | | Abstract Title Fee - Seller to ServiceLink, LLC | | |
| | | Closing Coordination Fee - Buyer to ServiceLink, LLC | 325.00 | |
| 750.00 | | Closing Coordination Fee - Seller to ServiceLink, LLC | | |
| | | Closing Protection Letter Fees to ServiceLink, LLC | 75.00 | |
| 75.00 | | Deed Prep Fee - Seller to ServiceLink, LLC | | |
| 200.00 | | Tax Cert / Tideland Fee - Seller to ServiceLink, LLC | | |
| | | Owner's Title Insurance to ServiceLink, LLC   Coverage: 435,500.00   Premium: 1,953.00 | 1,953.00 | |

| Seller | | Description | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| | | | | |
| | | **Commissions** | | |
| 8,581.00 | | Listing Agent Commission to Remax at Barnegat Bay | | |
| 8,581.00 | | Selling Agent Commission to Remax RE LTD | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees to ServiceLink | 142.00 | |
| 3,555.80 | | Transfer Tax to ServiceLink | | |
| | | | | |
| | | **Payoff(s)** | | |
| 380,151.07 | | Payoff of First Mortgage Loan to Ocwen Loan Serving LLC  <br>　　　Loan Payoff　　　　　　　　　　　　0.00  <br>　　　　　Total Payoff　　　　380,151.07 | | |
| | | | | |
| | | **Miscellaneous** | | |
| 3,877.69 | | 4th Qtr Taxes to Jackson Township | | |
| 21,775.00 | | Bankruptcy Estate Fee to John Hargrave, BK Trustee for the Estate of Parabh | | |
| 290.00 | | Closing Coordination Fee to Ocean Title | | |
| 8,581.00 | | Commission to BK Global | | |
| | | | | |

| Seller | | | Buyer | |
|---|---|---|---|---|
| **Debit** | **Credit** | | **Debit** | **Credit** |
| 436,517.56 | 436,517.56 | **Subtotals** | 439,012.56 | 2,000.00 |
| | | **Due from Buyer** | | 437,012.56 |
| 436,517.56 | 436,517.56 | **Totals** | 439,012.56 | 439,012.56 |

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize ServiceLink, LLC to cause the funds to be disbursed in accordance with this statement.

Buyer

L Wrazen LLC

BY:_____


Seller

John Hargrave, BK Trustee for the Estate of Parabhsaran & Manjit Nayar

BY:_____


_____
Melissa Columbus
COORDINATOR