**Order Filed on December 7, 2018**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>DAMIEN NICHOLAS TANCREDI (DT 1383)<br>FLASTER/GREENBERG P.C.<br>Commerce Center<br>1810 West Chapel Avenue<br>Cherry Hill, NJ 08002-4609<br>Attorneys for John W. Hargrave, Chapter 7 Trustee |

In re:                                                          Case No. 17-24394-KCF

Parabhsaran S. Nayar and Manjit K. Nayar,

               Debtors.                      Chapter 7

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

The relief set forth on the following page, numbered two (2) and two (2), is hereby

**ORDERED**.

**DATED: December 7, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

6721860 v2

**(Page 2)**

Debtor:         Parabhsaran S. Nayar and Manjit K. Nayar,
Case No.:      17-24394-KCF
Caption:       ORDER AUTHORIZING SALE OF REAL PROPERTY

After review of the Trustee's Motion for authorization to sell real property located at 2

Fox Hollow Drive, Jackson, NJ 08527  (the "Motion" and the "Property", respectively),

**IT IS** hereby **ORDERED** as follows:

1.      The Debtor is authorized to sell the Real Property on the terms and conditions of

the Agreement of Sale annexed to the Motion as Exhibits "A" and "B" pursuant to 11 U.S.C. §§

363(b) and 1303.  Title to the Property shall be conveyed by both the Debtors and the Chapter 7

Trustee.

2.      The proceeds of the Sale must be used to satisfy the liens on the Real Property

pursuant to the Carve Out (as defined in the Motion) and as set forth on Exhibit "A."

3.      The Sale of the Property is free and clear of liens, claims, and encumbrances

pursuant to 11 U.S.C. § 363(f) and such liens, claims, and encumbrances shall attach to the

proceeds of the Sale.

4.      Commissions of; (i) $8,581.00 to the listing agent, Remax Barnegat Bay, (ii)

$8,581.00 to the selling agent Remax RE LTD, and (iii) $8,581.00 to the Trustee's broker BK

Global may be paid at closing from the Sale.

5.      Other closing fees payable by the Debtors may be satisfied from the proceeds of

the sale and adjustments to the price as provided for the contract of sale may be made at closing.

6721860 v2